UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONCETTA PANZARIELLO,

                Plaintiff,

                -v.-

BOTIFY INC.; RYAN AMBLER; and COOPER ANOWDON,

                Defendants.

24 Civ. 8931 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Having corresponded with the parties, the Court directs Plaintiff to file her Complaint on or before **December 16, 2024**. Defendants shall answer, move, or otherwise respond to the Complaint on or before **January 8, 2025**.

    SO ORDERED.

Dated:  December 5, 2024
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge