UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONCETTA PANZARIELLO,<br><br>                     Plaintiff,<br><br>     -v-<br><br><br>BOTIFY INC.; RYAN AMBLER; COOPER SNOWDON;<br>and MADDY MCADAMS<br><br>                     Defendants. | CIVIL ACTION NO. 24 Civ. 8931 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement.   (ECF No. 39).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **June**

**10, 2026, at 1:30 p.m. ET** on the Court's conference line.  The parties are directed to call: (855)

244-8681; access code: 2308 226 4654, at the scheduled time.  The parties shall be prepared to

discuss their availability, and that of their clients, for a Settlement Conference, as well as their

preferred format for the Settlement Conference (in-person, by telephone, or by videoconference

hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:        New York, New York
              June 2, 2026

                    SO ORDERED.

                    _____
                    SARAH L. CAVE
                    **United States Magistrate Judge**