# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

> The parties' request at Dkt. No. 41 is **GRANTED**. The Telephone Conference scheduled for June 10, 2026, at 1:30 p.m. ET to discuss scheduling a Settlement Conference is **ADJOURNED** to **June 11, 2026, at 12:45 p.m. ET.**
>
> The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).
>
> The Clerk of Court is respectfully directed to close Dkt. No. 41.
>
> SO ORDERED.    June 3, 2026
>
> _Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

June 3, 2026

**Via ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

**Re: _Concetta Panzariello v. Botify, Inc. et al.; Case No.: 1:24-cv-08931-KPF_**

Dear Your Honor:

Our office represents Plaintiff Concetta Panzariello in the above-referenced matter. We write with Defendants to respectfully request an adjournment of the telephonic conference currently scheduled for June 10, 2026. This is the first request for an adjournment of this conference.

The reason for this request is that Plaintiff's counsel has a mediation and an oral argument scheduled in separate matters on June 10, 2026, which conflicts with the currently scheduled conference.

The parties jointly propose the following alternative dates: June 11, June 12, June 15, or June 16, 2026, and are available at the Court's convenience on any of those dates.

We thank the Court for its consideration of this request.

Respectfully submitted,

_/s/ Hailey Miller_
Hailey Miller, Esq.

cc: All Counsel [Via ECF]

1