# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM


October 26, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**Re: *Concetta Panzariello v. Botify, Inc. et al.***
**Case No. 1:24-cv-08931-KPF**

Dear Judge Failla:

We represent Plaintiff Concetta Panzariello in the above-referenced matter. We write jointly with Defendants to inform the Court that the parties have reached an agreement in principle to resolve this action. The parties respectfully ask the Court to stay this action for thirty (30) days, to and including November 25, 2026, while they finalize the resolution.

We thank the Court for its attention to this matter.

Respectfully submitted,

GODDARD LAW PLLC

/s/ Hailey Miller

Hailey Miller, Esq.
Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, NY 10006
Tel: (504) 909-0792
Megan@goddardlawnyc.com
Hailey@goddardlawnyc.com

cc: All Counsel of Record (via ECF)

Application GRANTED. The Court will issue a 60 Day Order under separate cover.

The Clerk of Court is directed to terminate the motion at docket entry 59.

Dated: October 27, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE